IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NIKKI MURDOCK and LES MCGEE,
individually and on behalf of all others
similarly situated                                                                PLAINTIFFS

4:19-CV-00005-BRW

AIR MEDICAL GROUP HOLDINGS and
GLOBAL MEDICAL RESPONSE, INC.                                      DEFENDANTS

## ORDER

Pending is Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 16).

Plaintiffs have responded and Defendants have replied.[1]  The motion is DENIED.

Plaintiffs contend that Defendants are not properly paying earned commission to them and

other employees.

According to the Complaint, Plaintiff Nikki Murdoch is a citizen of Arkansas and Plaintiff

Les McGee is a citizen of Oklahoma, and both are "employed by Defendant."  Defendant Air

Medical Group Holdings is a corporation with headquarters in Texas and Defendant Global

Medical Response is a corporation with headquarters in Colorado.

Referring to both Defendants as "GMR," Defendants assert that "GMR did not employee

the plaintiffs"[2] and "is a holding company and has never had an employee in Arkansas."[3]

Additionally, Defendants contend that they do "not have any offices or places of business in

Arkansas, own real property or other assets in Arkansas, or have a bank account in Arkansas."[4]

---

[1]Doc. Nos. 20, 23.

[2]Doc. No. 17.

[3]Doc. No. 17.

[4]Doc. No. 16-1, 23.

1

Defendants assert that Plaintiffs have not "made a prima facie showing (or even alleged in their complaint) that Air Evac EMS, Inc., which employed plaintiffs to sell memberships to the AirMedCare Network, is the alter ego of GMR."[5]

Plaintiffs allege that Global Medical is the alter-ego of Air Medical, and it "dominated, influenced, and controlled" Air Medical.[6]  That allegation appears to be undisputed since Defendants admits that "Air Medical Holdings, Inc. and Global Medical Response, Inc are the same entity."[7]

At this point, the record is not clear.  It appears that Plaintiffs do not dispute that they are not directly employed by Defendants, but their position is that Defendants' control their actual employer (though this employer is not named in the Complaint).  Presumably, discovery and additional briefing will clear this up the relationship between Plaintiffs' employer and Defendants.

For the reasons set out above, the motion is DENIED.

IT IS SO ORDERED this 11th day of June, 2019.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[5]Doc. No. 23.

[6]Doc. No. 1.

[7]Doc. No. 16-1.

2